UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VERNON LEWIS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DISTRICT OF COLUMBIA, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Case: 1:16-cv-01669 <br> Assigned To : Unassigned <br> Assign. Date : 8/17/2016 <br> Description: Pro Se Gen. Civil (F Deck) |

### MEMORANDUM OPINION

This matter is before the Court on plaintiff's application to proceed *in forma pauperis* and his *pro se* complaint. For the reasons stated below, the Court will grant the application and dismiss the complaint.

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claims being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

4

According to plaintiff, defendants misinterpreted and misapplied certain statutes and regulations in such a way that the prison sentences of District of Columbia Code offenders have been extended unlawfully. He titles his pleading a petition for a writ of habeas corpus, yet the relief he demands is in the form of a declaratory judgment. Missing from the complaint are any factual allegations regarding the circumstances of plaintiff's particular case or demonstrating that defendants' actions caused plaintiff harm.

As drafted, the complaint fails to comply with Rule 8(a), and it will be dismissed without prejudice. An Order is issued separately.

_____
United States District Judge

DATE: 8/16/16